**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE LUIS CARCHI MARCA,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| **v.** | : | **NO. 26-cv-07874** |
| **ACTING DIRECTOR JOHN E. RIFE, et al.,** | : | |
| **Respondents.** | : | |

# ORDER

**AND NOW**, this 23rd day of October 2026, upon consideration of Petitioner's Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief (ECF No. 1) (the "Petition") and the fact that it appears Petitioner has yet to make service of the Petition despite the Court's Order that Petitioner immediately do so (ECF No. 3), it is **HEREBY ORDERED**:

1. On or before **October 28, 2026**, Petitioner shall file proof of service through an appropriate ECF filing, or show cause why Petitioner has failed to comply with the Court's October 15, 2026, Order (ECF No. 3).

2. On or before **October 28, 2026**, New York Counsel for Petitioner shall file a motion for pro hac vice admission using the Eastern District of Pennsylvania's form, available on the Court's website.

/s/ Antonio M. Pozos__________
**ANTONIO M. POZOS, J.**