**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE LUIS CARCHI MARCA,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| **v.** | : | **NO. 26-cv-07874** |
| **ACTING DIRECTOR JOHN E. RIFE, et al.,** | : | |
| **Respondents.** | : | |

# ORDER

**AND NOW**, this 30th day of October 2026, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1) and Respondents' Response in Opposition to the Petition (ECF No. 9) it is **HEREBY ORDERED** that:

1. The Court will hold a hearing on the Petition in a Courtroom To Be Determined on Tuesday, **November 3, 2026** at 12:00 p.m.

2. Petitioner's Counsel from both Pennsylvania and New York (Reuben S. Kerben, Esq.) shall appear in person at the hearing.

3. Respondents shall produce the body of Petitioner for this hearing and take all steps necessary to effectuate his presence at the hearing. Counsel for Respondents shall notify the Court regarding any logistical issues with producing the Petitioner forthwith.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**