**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE LUIS CARCHI MARCA,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| **v.** | : | **NO. 26-cv-07874** |
| **ACTING DIRECTOR JOHN E. RIFE, et al.,** | : | |
| **Respondents.** | : | |

# ORDER

**AND NOW**, this 3rd day of November 2026, and following the Court's November 3, 2026, hearing on Petitioner's Petition for Writ of Habeas Corpus (the "Petition") (ECF No. 1) and Respondents' Response thereto (ECF No. 9), and upon consideration of the Petitioner's questions on the record at the hearing held on November 3, 2026, and to ensure that Petitioner has full access to the administrative remedies available to him without delay, it is **HEREBY ORDERED** that:

1. On or before November 5, 2026, Counsel for Petitioner shall discuss with Petitioner, in-person, the administrative remedies available to him, including his right to an individualized bond hearing pursuant to 8 U.S.C. § 1226(a), and appeal to the Board of Immigration Appeals ("BIA") in the event of an adverse determination, if requested. Counsel for Petitioner shall further assist Petitioner in filing the necessary documents to request an individualized bond hearing, to the extent that Petitioner may now seek one. Counsel for Petitioner shall certify that they have complied with this Order in a filing on ECF no later than close of business on November 6, 2026.

2. It is **FURTHER ORDERED** that this Court's Order dated October 15, 2026 (ECF No. 3) is **AMENDED**, to the extent that it prohibited Respondents from transferring Petitioner outside the Eastern District of Pennsylvania, to authorize Respondents to transfer Petitioner to an

appropriate facility within the Commonwealth of Pennsylvania that can facilitate future administrative hearings, including a bond hearing pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, as well as appeal to the BIA of any adverse determination, if requested. This amendment, and authorization to transfer Petitioner subject to the terms of this Order, shall become effective on November 7, 2026.

3. A separate Memorandum Opinion and Order will issue with respect to the merits of the Petition.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**