**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOSE LUIS CARCHI MARCA,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, et al.,**<br><br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-cv-7874** |

# ORDER

**AND NOW**, this 10th day of November 2026, upon consideration of Petitioner Jose Luis Carchi Marca's Petition for Writ of Habeas Corpus (ECF No. 1) and Application for Issuance of Order to Show Cause (ECF No. 1-3), the Government's Response thereto (ECF No. 9), and the arguments and evidence set forth on the record during the hearing on November 3, 2026, and for the reasons set forth on the record during that hearing and in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Petition (ECF No. 1) is **DENIED**, subject to the undertaking that Respondents shall provide Petitioner with the individualized bond hearing contemplated by 8 U.S.C. § 1226(a) and its implementing regulations, if the Petitioner appropriately seeks to have one, with appeal to the Board of Immigration Appeals, if requested.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**